UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ISATU VILLE,<br><br>      Plaintiff,<br><br> v.<br><br>DGS, UNIFI, ALASKA AIRLINES, DELTA AIRLINE, LAURA MORENO, LEE SARKELA, ANNA HANSEN, KAREAN,<br><br>      Defendants. | CASE NO. 2:22-cv-01042-MJP<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS** |

 Plaintiff's application to proceed in forma pauperis (Dkt. 1) is **GRANTED** under 28 U.S.C § 1915(a)(1). The Court recommends the complaint be reviewed under 28 U.S.C. § 1915(e)(2)(B) before issuance of summons.

 The Clerk shall provide a copy of this Order to plaintiff and to the Honorable Marsha J. Pechman.

 DATED this 19th day of September, 2022.

                  _____
                  BRIAN A. TSUCHIDA
                  United States Magistrate Judge