UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ISATU VILLE, | CASE NO. C22-1042 MJP |
| Plaintiff, | ORDER DISMISSING ACTION |
| v. | |
| DGS, et al., | |
| Defendants. | |

The Court raises this matter on its own accord after reviewing Plaintiff's Complaint, (Dkt. No. 10) and after issuing its Order Declining to Serve the Complaint (Dkt. No. 12). In its Order Declining to Serve the Complaint, the Court noted two problems with the Complaint: (1) Plaintiff had not administratively exhausted her claims; and (2) the Complaint failed to provide sufficient factual allegations to comply with Federal Rule of Civil Procedure 8(a). (Dkt. No. 12.) The Court dismissed the action but granted Plaintiff twenty-one (21) days to file an amended complaint. (Id. (filed Sept. 26, 2022).) Although Plaintiff filed materials with the Court within twenty-one days, she did not file an amended complaint or any document that might cure the

defects noted in the prior Order. (See Dkt. No. 13.) The Court therefore reaffirms the dismissal of this action without prejudice and Orders the Clerk to terminate this matter.

The Clerk is ordered to provide copies of this order to Plaintiff and all counsel.

Dated November 1, 2022.

Marsha J. Pechman
United States Senior District Judge

ORDER DISMISSING ACTION - 2